IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **EARLY IVAN SARMIENTO-PEREZ, et al.,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **3:14-CV-1898-L** |
| **LAS COLINAS INTERNATIONAL, INC., et al.,** | § § § | |
| Defendant. | § § | |

## <u>ORDER</u>

Before the court is a Notice of Filing Opt-In Consent Form for Gabriel Rodriguez (Doc. 45), filed July 18, 2015; Notice of Filing Opt-In Consent Form for Travis Trujillo (Doc. 46), filed August 13, 2015; and Defendants' Motion for Sanctions (Doc. 60), filed October 10, 2016.   On December 28, 2016, United States Magistrate Judge Paul D. Stickney entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court strike Plaintiffs Gabriel Rodriguez and Travis Trujillo's opt-in consent forms and dismiss their claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b); and that the Defendants' Motion for Sanctions be denied as moot.   There are no objections to the Report.

Having reviewed the motion, record in this case, applicable law, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.   Accordingly, the court **strikes** Plaintiff Gabriel Rodriguez's Notice of Filing Opt-In Consent Form (Doc. 45) and Plaintiff Travis Trujillo's Notice of Filing Opt-In Consent

**Order – Page 1**

Form for (Doc. 46); and **dismisses without prejudice** their claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  The court also **denies as moot** Defendant's Motion for a sanctions (Doc. 60).

 **It is so ordered** this 17th day of February, 2017.

Sam A. Lindsay
United States District Judge

**Order – Page 2**